UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janis Shumway,

      Plaintiff,                                    Case No. 21-11482

vs.                                                      HON. MARK A. GOLDSMITH

Diwali Hotels LLC,

      Defendant.
_____/

## JUDGMENT

      The Court entered (i) an order granting Plaintiff Janis Shumway's motion for entry of default judgment on February 24, 2022 (Dkt. 15), and (ii) an order directing Defendant Diwali Hotels LLC to comply with the requirements of 28 C.F.R. § 36.302(e) and granting Shumway's motion for attorney fees, expert fees, and litigation expenses on today's date.

      For the reasons explained in these orders, judgment is entered in favor of Shumway against Defendant Diwali Hotels LLC, together with costs and interest as allowed by law, including $3,960.00 in attorney fees. The case is closed.

                                                              KINIKIA ESSIX
                                                              CLERK OF THE COURT

                                   By:    s/Karri Sandusky
                                             DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2022

1